IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AMERICAN FAMILY LIFE ASSURANCE,** **PLAINTIFF**

**VERSUS** **CIVIL ACTION NO. 4:03CV370-P-B**

**GLORIA THOMAS PATE,** **DEFENDANT**

**ORDER**

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated November 9, 2005, were on that date duly served electronically upon counsel for the parties; that more than ten days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

l. That the Report and Recommendations of the United States Magistrate Judge dated November 9, 2005, are approved and adopted as the opinion of the Court;

2. That plaintiff's motion [doc. 64] for default judgment is hereby **GRANTED**; and a declaratory judgment in favor of plaintiff shall issue separately.

**THIS**, the 12th day of December, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE